## Hankin *v.* Harbison, Appellant.

Argued May 1, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused December 19, 1969.

*Peter F. Baughman,* with him *Waters, Fleer, Cooper & Gallager,* for appellant.

*Desmond J. McTighe,* with him *Philip D. Weiss,* and *McTighe, Koch, Brown & Weiss,* for appellees.

OPINION PER CURIAM, November 12, 1969:

The order of the Court of Common Pleas of Montgomery County is vacated, and the case is remanded to that Court for a rehearing, with instructions that Abington Township be joined as a party defendant.